Daniel C. Peterson, OSB No. 064664
e-mail: dpeterson@cosgravelaw.com
Amber A. Beyer, OSB No. 173045
e-mail: abeyer@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

RAYMOND BALL, an individual, and JOSEPH TOTH, an individual,

Plaintiffs,

v.

MATTHEW CARSON, an individual, WILLIAM CARSON, an individual, TERRANCE THURBER, an individual, THOMAS THURBER, an individual, DG ROLLINS MINING, LLC, a Wyoming limited liability company, COLUMBIA GORGE DATA CENTER, LLC, a Nevada limited liability company, WHC & SWC INVESTMENTS, LTD, a Texas limited partnership, INTELLIGENT INVESTMENTS, LLC, a Texas limited liability company, and SNICKERS #1, LLC, a Texas limited liability company,

Defendants.

Case No. 3:19-cv-00242

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT ON DEFENDANTS**

Pursuant to Fed. R. Civ. Pro. 4(m) and 6(b), plaintiffs move for a 30-day extension, up to and including June 17, 2019, of the time to serve defendants with a summons and complaint. Good cause exists for the requested extension because plaintiffs have been working to resolve

the case and have reached resolution with several defendants. Plaintiffs need additional time to serve the remaining defendants.

Plaintiff's motion is supported by the accompanying declaration of Daniel C. Peterson. No defendants have been served at this time. This motion is made in good faith and not for any improper purpose.

DATED: May 17, 2019

COSGRAVE VERGEER KESTER LLP

Daniel C. Peterson, OSB No. 064664
E-mail: dpeterson@cosgravelaw.com
Amber A. Beyer, OSB No. 173045
E-mail: abeyer@cosgravelaw.com
Telephone: 503-323-9000
Fax: 503-323-9019

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT ON DEFENDANTS to be served on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

DATED: May 17, 2019

Daniel C. Peterson



Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019