Daniel C. Peterson, OSB No. 064664
e-mail: dpeterson@cosgravelaw.com
Amber A. Beyer, OSB No. 173045
e-mail: abeyer@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone:    (503) 323-9000
Facsimile:    (503) 323-9019

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RAYMOND BALL, an individual, and JOSEPH TOTH, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>MATTHEW CARSON, an individual, WILLIAM CARSON, an individual, TERRANCE THURBER, an individual, THOMAS THURBER, an individual, DG ROLLINS MINING, LLC, a Wyoming limited liability company, COLUMBIA GORGE DATA CENTER, LLC, a Nevada limited liability company, WHC & SWC INVESTMENTS, LTD, a Texas limited partnership, INTELLIGENT INVESTMENTS, LLC, a Texas limited liability company, and SNICKERS #1, LLC, a Texas limited liability company,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-00242<br><br>**DECLARATION OF DANIEL C. PETERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT ON DEFENDANTS** |

I, Daniel C. Peterson, hereby declare:

1.　　I am one of the attorneys for plaintiff in this case.

Page 1 -　**DECLARATION OF DANIEL C. PETERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT ON DEFENDANTS**

2. After this case was filed on February 18, 2019, plaintiffs have been working to resolve the underlying issues in the case, and have reached resolution with several defendants. Plaintiffs need additional time to serve the remaining defendants.

4. Accordingly, plaintiffs request that the Court extend the deadline for serving defendants with the summons and complaint up to and including June 17, 2019.

5. This motion is made in good faith and not for any improper purpose.

I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: May 17, 2019

Daniel C. Peterson

Page 2 - **DECLARATION OF DANIEL C. PETERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT ON DEFENDANTS**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing DECLARATION OF DANIEL C. PETERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO SERVE COMPLAINT ON DEFENDANTS on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the document(s) generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

DATED: May 17, 2019

_____
Daniel C. Peterson

Page 1 - **CERTIFICATE OF SERVICE**