AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Raymond Ball, an individual, and Joseph Toth, an individual, <br><br> *Plaintiff(s)* <br> v. <br> Matthew Carson, and individual, <br> FOR OTHER PARTIES SEE ATTACHED LIST <br><br> *Defendant(s)* | Civil Action No. 3:19-CV-00242-HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DG Rollins Mining, LLC
Jerome Garth Kighlinger, Registered Agent
3600 Crates Way, Suite 300
The Dalles, OR 97058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel C. Peterson
Cosgrave Vergeer Kester
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

Date: **05/29/2019**

By: **s/J Norgate**, Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| Raymond Ball, an individual, and Joseph Toth, an individual,<br><br>*Plaintiff(s)*<br>v.<br>Matthew Carson, and individual,<br>FOR OTHER PARTIES SEE ATTACHED LIST<br><br>*Defendant(s)* | Civil Action No. 3:19-CV-00242-HZ |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Columbia Gorge Data Centers, LLC
Terrence Thurber, Registered Agent
3600 Crates Way, Suite 300
The Dalles, OR 97058

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Daniel C. Peterson
    Cosgrave Vergeer Kester
    900 SW Fifth Avenue, 24th Floor
    Portland, OR 97204

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **05/29/2019**

By: **s/J Norgate, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Raymond Ball, an individual, and Joseph Toth, an individual, <br><br> *Plaintiff(s)* <br> v. <br> Matthew Carson, and individual, <br> FOR OTHER PARTIES SEE ATTACHED LIST <br><br> *Defendant(s)* | Civil Action No. 3:19-CV-00242-HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Thurber
3600 Crates Way, Suite 300
The Dalles, OR 97058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel C. Peterson
Cosgrave Vergeer Kester
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN**, Clerk of Court

Date: **05/29/2019**

By: **s/J Norgate, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Raymond Ball, an individual, and Joseph Toth, an individual, <br><br> *Plaintiff(s)* <br> v. <br> Matthew Carson, and individual, <br><br> FOR OTHER PARTIES SEE ATTACHED LIST <br><br> *Defendant(s)* | Civil Action No. 3:19-CV-00242-HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Terrance Thurber
3600 Crates Way, Suite 300
The Dalles, OR 97058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel C. Peterson
Cosgrave Vergeer Kester
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MARY L. MORAN, Clerk of Court**

Date: **05/29/2019**

By: **s/J Norgate, Deputy Clerk**