AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-CV-00242-HZ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Columbia Gorge Data Centers, LLC
was received by me on *(date)* 05/30/2019 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jeremy Bailey, Manager , who is
designated by law to accept service of process on behalf of *(name of organization)*
Columbia Gorge Data Centers, LLC    on *(date)* 05/31/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/31/2019

*Server's signature*

Donna Johnson
*Printed name and title*

MercuryPDX
PO Box 2274
Portland, OR 97208
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons, Complaint, Civil Cover Sheet, Civil Case Assignment Order
Service Address: 3600 Crates Way, Ste. 300, The Dalles, OR
Date Served: Friday, May 31st, 2019
Time Served: 8:52 am

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| Raymond Ball, an individual, and Joseph Toth, an individual,<br><br>*Plaintiff(s)*<br>v.<br>Matthew Carson, and individual,<br>FOR OTHER PARTIES SEE ATTACHED LIST<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:19-CV-00242-HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Columbia Gorge Data Centers, LLC
Terrence Thurber, Registered Agent
3600 Crates Way, Suite 300
The Dalles, OR 97058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel C. Peterson
Cosgrave Vergeer Kester
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: **05/29/2019**

By: s/J Norgate, Deputy Clerk