AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-CV-00242-HZ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Thomas Thurber

was received by me on *(date)*   05/30/2019   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Upon Thomas Thurber, at the office that he/she maintains for the conduct of business as Columbia Gorge Data Centers LLC, by leaving such true copy with Jeremy Bailey, Manager, the person who was apparently in charge. Service was made at 3600 Crates Way, Ste. 300, The Dalles, OR

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   05/31/2019

*Server's signature*

Donna Johnson
*Printed name and title*

MercuryPDX
PO Box 2274
Portland, OR 97208
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons, Complaint, Civil Cover Sheet, Civil Case Assignment Order
Date Served: Friday, May 31st, 2019 Time Served: 8:52 am
I hereby declare that on Friday, May 31st, 2019 I personally deposited or caused to be deposited, a true copy of the above describe documents via first-class mail, in a sealed envelope, postage prepaide, addressed to Thomas Thurber, at 3600 Crates Way, Ste. 300, The Dalles, OR, together with statement of the date, time, and place at which substituted service was made.

*Mercury PDX*
PO Box 2274
Portland, OR 97208

Thomas Thurber
3600 Crates Way #300
The Dalles, OR 97058



AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| | |
|---|---|
| Raymond Ball, an individual, and Joseph Toth, an individual, <br><br> *Plaintiff(s)* <br> v. <br> Matthew Carson, and individual, <br> FOR OTHER PARTIES SEE ATTACHED LIST <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:19-CV-00242-HZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Thomas Thurber
3600 Crates Way, Suite 300
The Dalles, OR 97058

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel C. Peterson
Cosgrave Vergeer Kester
900 SW Fifth Avenue, 24th Floor
Portland, OR 97204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MARY L. MORAN, Clerk of Court

Date: 05/29/2019

By: s/J Norgate, Deputy Clerk