**Peter J. Viteznik, OSB No. 944540**
pviteznik@kilmerlaw.com
**Robert B. Miller, OSB No. 960068**
bobmiller@kilmerlaw.com
KILMER, VOORHEES & LAURICK, P.C.
732 N.W. 19th Avenue
Portland, Oregon 97209-1302
Telephone: (503) 224-0055
Fax: (503) 222-5290

Attorneys for Defendants
Terrance Thurber, Thomas Thurber,
DG Rollins Mining, LLC and
Columbia Gorge Data Center, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| RAYMOND BALL, an individual; and JOSEPH TOTH, an individual,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　vs.<br><br>MATTHEW CARSON, an individual; WILLIAM CARSON, an individual; TERRANCE THURBER, an individual; THOMAS THURBER, an individual; DG ROLLINS MINING, LLC, a Wyoming limited liability company; COLUMBIA GORGE DATA CENTER, LLC, a Nevada limited liability company; WHC & SWC INVESTMENTS, LTD, a Texas limited partnership; INTELLIGENT INVESTMENTS, LLC, a Texas limited liability company; and SNICKERS #1, LLC, a Texas limited liability company,<br><br>　　　　　　　　　　Defendants. | Case No. 3:19-cv-00242-HZ<br><br>**NOTICE OF APPEARANCE OF COUNSEL ROBERET B. MILLER FOR DEFENDANTS TERRANCE THURBER, THOMAS THURBER, DG ROLLINS MINING, LLC, AND COLUMBIA GORGE DATA CENTER, LLC** |

Page 1 –   NOTICE OF APPEARANCE OF COUNSEL ROBERT B. MILLER FOR DEFENDANTS TERRANCE THURBER, THOMAS THURBER, DG ROLLINS MINING, LLC, AND COLUMBIA GORGE DATA CENTER, LLC

TO:  Plaintiffs and their attorneys of record:

Please take notice that Robert B. Miller and Kilmer, Voorhees & Laurick, P.C. appear for Defendants Terrance Thurber, Thomas Thurber, DG Rollins Mining, LLC, and Columbia Gorge Data Center, LLC and request that all future papers and pleadings, exclusive of original process, be served at:

>Robert B. Miller
>Kilmer, Voorhees & Laurick, PC
>732 NW 19th Avenue
>Portland, OR  97209-1302
>Telephone: (503) 224-0055 / Fax: (503) 222-5290
>bobmiller@kilmerlaw.com

DATED this 6th day of June, 2019.

KILMER VOORHEES & LAURICK, P.C.

  /s/ Robert B. Miller
Peter J. Viteznik, OSB No. 944540
pviteznik@kilmerlaw.com
Robert B. Miller, OSB No. 960068
bobmiller@kilmerlaw.com
   Attorneys for Defendants Terrance Thurber,
   Thomas Thurber, DG Rollins Mining, LLC
   and Columbia Gorge Data Center, LLC

I:\9999\PJV\DG Rollins - Ball and Toth v Carson et al\Pleadings - USDC Oregon\Notice of Appearance (RBM) 2019-0606.docx

Page 2 –   NOTICE OF APPEARANCE OF COUNSEL ROBERT B. MILLER FOR DEFENDANTS TERRANCE THURBER, THOMAS THURBER, DG ROLLINS MINING, LLC, AND COLUMBIA GORGE DATA CENTER, LLC

KILMER VOORHEES & LAURICK, P.C.
A PROFESSIONAL CORPORATION
732 N.W. 19TH AVENUE
PORTLAND, OREGON 97209-1302
(503) 224-0055 · FAX (503) 222-5290