Daniel C. Peterson, OSB No. 064664
e-mail: dpeterson@cosgravelaw.com
Amber A. Beyer, OSB No. 173045
e-mail:  abeyer@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone:    (503) 323-9000
Facsimile:    (503) 323-9019

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RAYMOND BALL, an individual, and JOSEPH TOTH, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>MATTHEW CARSON, an individual, WILLIAM CARSON, an individual, TERRANCE THURBER, an individual, THOMAS THURBER, an individual, DG ROLLINS MINING, LLC, a Wyoming limited liability company, COLUMBIA GORGE DATA CENTER, LLC, a Nevada limited liability company, WHC & SWC INVESTMENTS, LTD, a Texas limited partnership, INTELLIGENT INVESTMENTS, LLC, a Texas limited liability company, and SNICKERS #1, LLC, a Texas limited liability company,<br><br>    Defendants, | Case No. 3:19-cv-00242-HZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS MATTHEW CARSON, WILLIAM CARSON, WHC & SWC INVESTMENTS, LTD, INTELLIGENT INVESTMENTS, LLC, AND SNICKERS #1, LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Raymond Ball and Joseph Toth notify the court that Plaintiffs voluntarily dismiss the following Defendants:

Page 1 -   **NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS MATTHEW CARSON, WILLIAM CARSON, WHC & SWC INVESTMENTS, LTD, INTELLIGENT INVESTMENTS, LLC, AND SNICKERS #1, LLC**

Cosgrave Vergeer Kester LLP
Attorneys
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

Matthew Carson, William Carson, WHC & SWC Investments, Ltd., Intelligent Investments, LLC, and Snickers #1, LLC.

Defendants Matthew Carson, William Carson, WHC & SWC Investments, Ltd., Intelligent Investments, LLC, and Snickers #1, LLC have neither answered nor filed a motion for summary judgment in this matter. Therefore, the dismissal is permitted by Fed. R. Civ. Pro. 41(a)(1)(A)(i) without a court order. Each party shall bear their own attorney fees and costs.

DATED: August 22, 2019

COSGRAVE VERGEER KESTER LLP

*s/ Amber A. Beyer*
Daniel C. Peterson, OSB No. 064664
E-mail: dpeterson@cosgravelaw.com
Amber A. Beyer, OSB No. 173045
E-mail: abeyer@cosgravelaw.com
Telephone: 503-323-9000
Fax: 503-323-9019

Attorneys for Plaintiffs

Page 2 -  **NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS MATTHEW CARSON, WILLIAM CARSON, WHC & SWC INVESTMENTS, LTD, INTELLIGENT INVESTMENTS, LLC, AND SNICKERS #1, LLC**

**Cosgrave Vergeer Kester LLP**
**Attorneys**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019

# CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS MATTHEW CARSON, WILLIAM CARSON, WHC & SWC INVESTMENTS, LTD, INTELLIGENT INVESTMENTS, LLC, AND SNICKERS #1, LLC** on the date indicated below by:

☐   mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐   hand delivery,

☐   facsimile transmission,

☐   overnight delivery,

☒   electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney at the address listed below:

Peter J. Viteznik
Robert B. Miller
KILMER, VOORHEES & LAURICK, P.C.
732 N.W. 19th Avenue
Portland, OR 97209-1302
    Attorneys for Defendants
    Terrence Thurber, Thomas Thurber,
    DG Rollins Mining, LLC and
    Columbia Gorge Data Center, LLC

    DATED: August 22, 2019

                                          *s/ Amber A. Beyer*
                                           Amber A. Beyer

Page 1 - **CERTIFICATE OF SERVICE**

**Cosgrave Vergeer Kester LLP**
**Attorneys**
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: (503) 323-9000
Facsimile: (503) 323-9019