Daniel C. Peterson, OSB No. 064664
e-mail: dpeterson@cosgravelaw.com
Amber A. Beyer, OSB No. 173045
e-mail: abeyer@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone:     (503) 323-9000
Facsimile:     (503) 323-9019

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RAYMOND BALL, an individual, and JOSEPH TOTH, an individual,<br><br>      Plaintiffs,<br><br>   v.<br><br>MATTHEW CARSON, an individual, WILLIAM CARSON, an individual, TERRANCE THURBER, an individual, THOMAS THURBER, an individual, DG ROLLINS MINING, LLC, a Wyoming limited liability company, COLUMBIA GORGE DATA CENTER, LLC, a Nevada limited liability company, WHC & SWC INVESTMENTS, LTD, a Texas limited partnership, INTELLIGENT INVESTMENTS, LLC, a Texas limited liability company, and SNICKERS #1, LLC, a Texas limited liability company,<br><br>      Defendants. | Case No. 3:19-cv-00242-HZ<br><br>**Motion to Extend Discovery Deadlines** |

**LR 7-1 Certification**

The undersigned counsel certify that the parties conferred by telephone and email

regarding this motion.  Counsel for defendants has indicated that defendants oppose the motion

and will be filing a response.

Page 1 -  **Motion to Extend Discovery Deadlines**

**Motion**

Pursuant to Fed. R. Civ. P. 6(b), plaintiffs move the court for a 60-day extension of the discovery deadlines in this case, from April 11, 2020 to June 11, 2020.  This motion is supported by the reasons set forth in the accompanying Declaration of Counsel.  Due to the national state of emergency related to the COVID-19 pandemic, the requested extension is necessary to permit the parties to complete discovery, including conduct a few short depositions and complete document discovery.  This request is not made for the purpose of delay, and will not affect the other court deadlines.

The current Pretrial and Discovery Deadlines are as follows:

(a)    within 120 days of the Discovery and Pretrial Scheduling Order:
   i.    File all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15;
   ii.   Join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 and 19;
   iii.  File all pretrial, discovery, and dispositive motions;
   iv.   Complete all discovery; and
   v.    Confer as to Alternative Dispute Resolution pursuant to LR 16-4(c).

(b)    within 150 days of this Order:
   i.    File Joint ADR Report pursuant to LR 16-4d); and
   ii.   File a Proposed Pretrial Order pursuant to LR 16-5.

Plaintiffs request Pretrial and Discovery Deadlines as follows:

(a)    within 120 days of the Discovery and Pretrial Scheduling Order:
   i.    File all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15;
   ii.   Join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 and 19;

(b)    within 150 days of the Discovery and Pretrial Scheduling Order:
   i.    File all pretrial, discovery, and dispositive motions;
   ii.   Complete all discovery; and
   iii.  Confer as to Alternative Dispute Resolution pursuant to LR 16-4(c).
   iv.   File Joint ADR Report pursuant to LR 16-4d); and
   v.    File a Proposed Pretrial Order pursuant to LR 16-5.

Page 2 -  **Motion to Extend Discovery Deadlines**

**Conclusion**

Plaintiffs respectfully move the Court for an extension of the discovery deadlines.

DATED: March 19, 2020

COSGRAVE VERGEER KESTER LLP


s/ *Amber A. Beyer*
_____

Daniel C. Peterson, OSB No. 064664
E-mail: dpeterson@cosgravelaw.com
Amber A. Beyer, OSB No. 173045
E-mail: abeyer@cosgravelaw.com
Telephone: 503-323-9000
Fax: 503-323-9019

Attorneys for Plaintiffs

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503 323-9000
Facsimile: 503 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **Motion to Extend Discovery Deadlines** on the date indicated below by:

☐      mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐      hand delivery,

☐      facsimile transmission,

☐      overnight delivery,

☒      electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine.  I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorneys at the addresses listed below:

Peter J. Viteznik
Robert B. Miller
KILMER, VOORHEES & LAURICK, P.C.
732 N.W. 19th Avenue
Portland, OR 97209-1302
     Attorneys for Defendants
     Terrence Thurber, Thomas Thurber,
     DG Rollins Mining, LLC and
     Columbia Gorge Data Center, LLC


     DATED:  March 19, 2020


               *s/ Amber A. Beyer*
                Amber A. Beyer


Page 1 - **CERTIFICATE OF SERVICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503 323-9000
Facsimile: 503 323-9019