Daniel C. Peterson, OSB No. 064664
e-mail: dpeterson@cosgravelaw.com
Amber A. Beyer, OSB No. 173045
e-mail: abeyer@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:    (503) 323-9019

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RAYMOND BALL, an individual, and JOSEPH TOTH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW CARSON, an individual, WILLIAM CARSON, an individual, TERRANCE THURBER, an individual, THOMAS THURBER, an individual, DG ROLLINS MINING, LLC, a Wyoming limited liability company, COLUMBIA GORGE DATA CENTER, LLC, a Nevada limited liability company, WHC & SWC INVESTMENTS, LTD, a Texas limited partnership, INTELLIGENT INVESTMENTS, LLC, a Texas limited liability company, and SNICKERS #1, LLC, a Texas limited liability company,<br><br>Defendants. | Case No. 3:19-cv-00242-HZ<br><br>**Declaration of Counsel in Support of Plaintiff's Motion to Extend Discovery Deadlines** |

I, AMBER A. BEYER, declare under penalty of perjury as follows:

1.   I am one of the attorneys for the Plaintiffs in this case.  I make this declaration based on my personal knowledge, and I am competent to testify to the matters stated herein.

Page 1 -  **Declaration of Counsel in Support of Plaintiff's Motion to Extend Discovery Deadlines**

2. This is the first request for an extension of the discovery and pretrial deadlines. Trial is currently set to commence November 17, 2020.

3. Each of the LR 16-3 factors support this motion to extend discovery deadlines. Plaintiffs do not anticipate significant deposition testimony but do believe a short deposition or two may be required to clarify the record in this case, which is presently average in volume but detailed and full of idiosyncrasies in need of context thanks to the nonstandard and somewhat eccentric nature of the Bitcoin business and transactions underlying this dispute. Due to the national state of emergency related to the COVID-19 pandemic, it would be impracticable, if not impossible, to conduct depositions within the current discovery timeline.

4. Additionally, after the court entered the scheduling order in this case, the parties attempted to settle by exchanging a series of detailed writings and engaging a several equally detailed settlement discussions between roughly September and December 2019, but were, unfortunately, unable to reach an agreement.

5. Thereafter plaintiffs' lead trial counsel, Damon Semmens, became immersed in preparing for a complex, multi-day civil jury trial that occurred over the course of five days from January 27 to 31, 2020, in Denver, Colorado.

6. Shortly after this trial, plaintiffs resumed their investigation by gathering and reviewing third-party materials to identify gaps in the record and serving a detailed set of document requests on February 14, 2020. Plaintiffs then developed a detailed list of interrogatories and requests for admission and served them on March 13, 2020. Plaintiffs have further engaged in extensive analysis of various Bitcoin transactions associated with the facts described in the Complaint.

7. The additional discovery requested in this matter will not disturb the current trial date, which is not set to commence until November 17, 2020, and thus will not substantially disturb the Court's pretrial schedule, disrupt the parties' interest in a

Page 2 -   **Declaration of Counsel in Support of Plaintiff's Motion to Extend Discovery Deadlines**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503 323-9000
Facsimile: 503 323-9019

speedy resolution or impair their ability to prepare for trial.

    8.    Good cause exists to extend discovery deadlines 60 days to permit plaintiffs to complete depositions and receive defendants' responses to the discovery requests. The proposed extension will not impact other existing deadlines, settings, or schedules. This motion is presented in good faith and not for reasons of delay.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: March 19, 2020

        *s/ Amber A. Beyer*
        Amber A. Beyer

Page 3 -  Declaration of Counsel in Support of Plaintiff's Motion to Extend Discovery Deadlines

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503 323-9000
Facsimile: 503 323-9019

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **Declaration of Counsel in Support of Plaintiff's Motion to Extend Discovery Deadlines** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorneys at the addresses listed below:

Peter J. Viteznik
Robert B. Miller
KILMER, VOORHEES & LAURICK, P.C.
732 N.W. 19th Avenue
Portland, OR 97209-1302
    Attorneys for Defendants
    Terrence Thurber, Thomas Thurber,
    DG Rollins Mining, LLC and
    Columbia Gorge Data Center, LLC

DATED: March 19, 2020

        *s/ Amber A. Beyer*
        Amber A. Beyer

Page 1 - **CERTIFICATE OF SERVICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503 323-9000
Facsimile: 503 323-9019