Daniel C. Peterson, OSB No. 064664
e-mail: dpeterson@cosgravelaw.com
Amber A. Beyer, OSB No. 173045
e-mail: abeyer@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
900 SW Fifth Avenue, Suite 2400
Portland, Oregon 97204
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RAYMOND BALL, an individual, and JOSEPH TOTH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW CARSON, an individual, WILLIAM CARSON, an individual, TERRANCE THURBER, an individual, THOMAS THURBER, an individual, DG ROLLINS MINING, LLC, a Wyoming limited liability company, COLUMBIA GORGE DATA CENTER, LLC, a Nevada limited liability company, WHC & SWC INVESTMENTS, LTD, a Texas limited partnership, INTELLIGENT INVESTMENTS, LLC, a Texas limited liability company, and SNICKERS #1, LLC, a Texas limited liability company,<br><br>Defendants. | Case No. 3:19-cv-00242-HZ<br><br>**Supplemental Declaration of Counsel in Support of Reply to Extend Discovery Deadlines** |

I, DAMON SEMMENS, declare under penalty of perjury as follows:

1.I am lead counsel for the plaintiffs in this case.  I make this declaration based on my personal knowledge, and I am competent to testify to the matters stated herein.

2.I have not noticed defendants' depositions or subpoenaed third-party witnesses for deposition because of the delays described in plaintiffs' motion and the initial confusion caused

Page 1 -**Supplemental Declaration of Counsel in Support of Reply to Extend Discovery Deadlines**

by the coronavirus pandemic, which has made in-person depositions practically impossible. While the situation over the past several weeks has been fluid, any initial doubts about the propriety of conducting an in-person deposition have been clarified by the entry of "shelter in place" orders in Oregon and my home state of Colorado, both of which restrict non-essential activities and travel.  As a result, plaintiffs cannot not use the remaining discovery period to conduct depositions without violating the law and endangering the participants.  While plaintiffs' counsel is currently exploring the possibility of using video depositions in this and other cases, it will take time to locate and test tools that will work during the quarantine.  Further, assuming the right tools can be found, each deposition will likely have to be evaluated on a case-by-case basis to determine whether the deponent and other key participants can reliably network together long enough to complete the deposition and explore any relevant documents.  A significant task, given the fact that each participant will likely be using their personal equipment and home internet connection (most of which have been unreliable of late).  This logistical problem is only compounded by the intricate and highly detailed nature of the documents at issue in this case, which make it a poor candidate for electronic depositions under the best of circumstances.  More time is therefore needed to determine whether an effective deposition may be taking during the quarantine period.

       3.      Shortly after the Rule 16 conference in this case, defendants' counsel requested a detailed and honest statement of the case together with supporting documents to facilitate potential settlement discussions between the parties.  I spent nearly three weeks interviewing witnesses and combing the extensive record to put together a good faith statement of the case to facilitate those discussions.  The parties went back and forth, and ultimately, it was not until early December 2019 that plaintiffs' counsel responded that his clients would not consider any settlement whatsoever.

       4.      The Response's description of the plaintiffs' March 13, 2020, Requests for Admission and Interrogatories is inaccurate to the extent it suggests these materials merely refer

Page 2 -  **Supplemental Declaration of Counsel in Support of Reply to Extend Discovery Deadlines**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503 323-9000
Facsimile: 503 323-9019

back to the allegations in the Complaint.  To the contrary, the requests for admission ask defendants to authenticate at least 11 documents developed through plaintiffs' informal discovery efforts and the vast majority of plaintiffs' interrogatories ask defendants to clarify facts and specific items of evidence gathered through plaintiffs' informal investigations and third-party witness interviews, a substantial portion of which have occurred since this case was filed.

5.Plaintiffs do not oppose further modifications to the court deadlines, including the dispositive motion deadline.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED: March 26, 2020

*s/ Damon Semmens*
Damon Semmens

Page 3 -  **Supplemental Declaration of Counsel in Support of Reply to Extend Discovery Deadlines**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503 323-9000
Facsimile: 503 323-9019

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **Supplemental Declaration of Counsel in Support of Reply to Extend Discovery Deadlines** on the date indicated below by:

☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐ hand delivery,

☐ facsimile transmission,

☐ overnight delivery,

☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorneys at the addresses listed below:

Peter J. Viteznik
Robert B. Miller
KILMER, VOORHEES & LAURICK, P.C.
732 N.W. 19th Avenue
Portland, OR 97209-1302
    Attorneys for Defendants
    Terrence Thurber, Thomas Thurber,
    DG Rollins Mining, LLC and
    Columbia Gorge Data Center, LLC

DATED: March 26, 2020

                              *s/ Amber A. Beyer*
                                Amber A. Beyer

Page 1 - **CERTIFICATE OF SERVICE**

Cosgrave Vergeer Kester LLP
900 SW Fifth Avenue, 24th Floor
Portland, Oregon 97204
Telephone: 503 323-9000
Facsimile: 503 323-9019