Damon M. Semmens CSB No. 37023, *Pro Hac Vice*
e-mail: dsemmens@allen-curry.com
ALLEN & CURRY, P.C.
1125 Seventeenth Street, Suite 1275
Denver, Colorado 80202
Telephone:     (303) 955-6185
Facsimile:      (720) 612-4882

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| RAYMOND BALL, an individual, and JOSEPH TOTH, an individual,<br><br>                Plaintiffs,<br><br>        v.<br><br>MATTHEW CARSON, an individual, WILLIAM CARSON, an individual, TERRANCE THURBER, an individual, THOMAS THURBER, an individual, DG ROLLINS MINING, LLC, a Wyoming limited liability company, COLUMBIA GORGE DATA CENTER, LLC, a Nevada limited liability company, WHC & SWC INVESTMENTS, LTD, a Texas limited partnership, INTELLIGENT INVESTMENTS, LLC, a Texas limited liability company, and SNICKERS #1, LLC, a Texas limited liability company,<br><br>                Defendants. | Case No. 3:19-cv-00242-HZ<br><br>**NOTICE OF SETTLEMENT** |

  Plaintiffs, Messrs. Raymond Ball and Joseph Toth, through the undersigned counsel, hereby provide the Court with notice of a final settlement between the parties.  This settlement shall resolve all disputes described in the pleadings and, accordingly, the parties shall no longer require the trial and pretrial dates presently set for November 9, 2020, and November 17, 2020, respectively.  The parties anticipate filing a stipulated dismissal by the end of the week, if not sooner.

Page 1 -  **NOTICE OF SETTLEMENT**

DATED: June 16, 2020

        COSGRAVE VERGEER KESTER LLP

        *s/ Damon M. Semmens*

        Damon M. Semmens CSB No. 37023
        E-mail: dsemmens@allen-curry.com
        ALLEN & CURRY, P.C.
        1125 Seventeenth Street, Suite 1275
        Denver, Colorado 80202
        Telephone:    (303) 955-6185
        Facsimile:    (720) 612-4882

Page 2 -  **NOTICE OF SETTLEMENT**

# CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** on the date indicated below by:

- ☐ mail with postage prepaid, deposited in the US mail at Portland, Oregon,
- ☐ hand delivery,
- ☐ facsimile transmission,
- ☐ overnight delivery,
- ☒ electronic filing notification.

If served by facsimile transmission, attached to this certificate is the printed confirmation of receipt of the documents generated by the transmitting machine. I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorneys at the addresses listed below:

Peter J. Viteznik
Robert B. Miller
KILMER, VOORHEES & LAURICK, P.C.
732 N.W. 19th Avenue
Portland, OR 97209-1302
    Attorneys for Defendants
    Terrence Thurber, Thomas Thurber,
    DG Rollins Mining, LLC and
    Columbia Gorge Data Center, LLC

DATED: March 11, 2020

*s/ Stella Wolfe*
Stella Wolfe

Page 1 - **CERTIFICATE OF SERVICE**

Allen & Curry, P.C.
1125 Seventeenth Street, Suite 1275
Denver, Colorado 80202
Telephone: (303) 955-6185
Facsimile: (720) 612-4882